DEERFIELD ESTATES, INC. v.
TOWNSHIP OF EAST BRUNSWICK.

January 29, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS L. ROBINSON.

January 29, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. BARNEY WEEKS.

January 29, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES BAILEY.

January 29, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN CALVIN JONES.

February 5, 1975. Petition for certification granted.

STATE OF NEW JERSEY v. ARTHUR JOHNSON.

February 11, 1975. Motion for leave to appeal from Superior Court, Appellate Division granted.